RECEIVED
APR - 3 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GERALD D. THIBODEAUX | CIVIL ACTION NO. 12-2157 |
| VERSUS | JUDGE TRIMBLE |
| TIMOTHY KEITH, WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed in the above-captioned case, and after an independent review of the record, including the objections filed by petitioner, and determining that the findings of the magistrate judge are correct under applicable law; it is hereby

**ORDERED** that the petitioner's petition for habeas corpus be **DENIED** and **DISMISSED** with prejudice based upon the finding that petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 3rd day of April, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE